# Exhibit 2

HOME / GOVERNOR STITT CLARIFIES ELECTIVE SURGERIES AND PROCEDURES SUSPENDED UNDER EXECUTIVE ORDER

# Press Release

March 27, 2020

## GOVERNOR STITT CLARIFIES ELECTIVE SURGERIES AND PROCEDURES SUSPENDED UNDER EXECUTIVE ORDER

OKLAHOMA CITY (March 27, 2020) – On Tuesday, Governor Stitt through his Executive Order 2020-07 (4th amended) postponed all elective surgeries and minor medical procedures until April 7.

Today, Governor Stitt clarified that any type of abortion services as defined in 63 O.S. § 1-730(A)(1) which are not a medical emergency as defined in 63 O.S. § 1-738.1 or otherwise necessary to prevent serious health risks to the unborn child's mother are included in that Executive Order.

This also includes routine dermatological, ophthalmological, and dental procedures, as well as most scheduled healthcare procedures such as orthopedic surgeries.

The rapid spread of COVID-19 has increased demands for hospital beds and has created a shortage of personal protective equipment (PPE) needed to protect health care professionals and stop transmission of the virus.

**"We must ensure that our health care professionals, first responders and medical facilities have all of the resources they need to combat COVID-19,"** said Gov. Stitt. **"I am committed to doing whatever necessary to protect those who are on the front lines fighting against this virus."**

State Agencies
Elected Officials
Service Desk
State Employees

Accessibility
Policies & Disclaimers
Security

CONNECT:

2020 State of Oklahoma. All Rights Reserved. Privacy Policy

https://www.governor.ok.gov/articles/press_releases/governor-stitt-clarifies-elective-surgeries    1/1