# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

SOUTH WIND WOMEN'S CENTER LLC,
d/b/a TRUST WOMEN OKLAHOMA CITY, et al.

Plaintiff(s)

vs.

Case Number: 5:20-cv-00277-G

J. KEVIN STITT in his official capacity as
Governor of Oklahoma, et al.

Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

South Wind Women's Center LLC, d/b/a Trust Women Oklahoma City
[name of party]

who is a (check one)   [✓] PLAINTIFF   [ ] DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   [ ] YES   [✓] NO

2. **Does party have any parent corporations?**

    (Check one)   [ ] YES   [✓] NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)   [ ] YES   [✓] NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  31  day of  March  , 20 20 .

|  |
|---|
| /s/ J. Blake Patton |
| Signature |
| J. Blake Patton                    Oklahoma Bar No. 30673 |
| Printed Name                              Bar Number |
| WALDING & PATTON PLLC |
| Firm Name |
| 518 Colcord Drive, Suite 100 |
| Address |
| Oklahoma City                        OK      73102 |
| City                                       State     ZIP |
| (405) 605-4440 |
| Phone                                    Fax |
| bpatton@waldingpatton.com |
| Email Address |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2020 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on March 30, 2020 (Date), I served the same document by

- [ ] U.S. Postal Service
- [ ] In Person Delivery
- [x] Courier Service
- [ ] E-Mail

on the following, who are not registered participants of the ECF system:

> J. KEVIN STITT; MICHAEL HUNTER; DAVID PRATER; GREG MASHBURN; GARY COX; MARK GOWER

Name(s) and Address(es): Defendants were served at their respective principal places of business and also collectively served on the Office of the Oklahoma Attorney General at the following address:
313 NE 21st St, Oklahoma City, OK 73105

/s/ J. Blake Patton
Signature