gUNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SOUTH WIND WOMEN'S CENTER LLC, d/b/a TRUST WOMEN OKLAHOMA CITY, on behalf of itself, its physicians and staff, and its patients, et al.,** )<br>)<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. CIV-20-277-G |
| ) | |
| **J. KEVIN STITT in his official capacity as Governor of Oklahoma et al.,** )<br>)<br>) | |
| **Defendants.** ) | |

**ORDER**

Now before the Court are two disclosure statements (Doc. Nos. 3, 15) filed through counsel by Plaintiff South Wind Women's Center LLC, d/b/a Trust Women Oklahoma City.  Neither disclosure statement complies with Local Civil Rule 7.1.1, which prescribes that a party formed as a limited liability company shall file a separate statement identifying its members.  *See* LCvR 7.1.1.

IT IS THEREFORE ORDERED that these disclosure statements are STRICKEN. Plaintiff shall file an amended disclosure statement within three days of the date of this Order.

IT IS SO ORDERED this 31st day of March, 2020.

*/s/ Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge