# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SOUTH WIND WOMEN'S CENTER LLC, d/b/a TRUST WOMEN OKLAHOMA CITY**, on behalf of itself, its physicians and staff, and its patients, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **J. KEVIN STITT** in his official capacity as Governor of Oklahoma et al., <br><br> Defendants. | Case No. CIV-20-277-G |

## ORDER

On Wednesday, March 31, 2020, at 4:45 p.m., Plaintiffs filed a Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. No. 16). A telephone conference is hereby set on this Motion for Friday, April 3, 2020, at 01:30 p.m. The parties should contact Judge Goodwin's Courtroom Deputy for instructions on attending the conference.

As of the issuance of this Order, counsel for only one of the six defendants have entered an appearance in this matter. Plaintiffs do not state in that Motion that they are requesting that the Court issue a temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b)(1), that is without notice to adverse parties, and in any event do not provide the certification required by Rule 65(b)(1)(B) for issuance of such an ex parte order. Additionally, there was no certification that the Motion has been served upon the adverse parties. *See* Fed. R. Civ. P. 5(a)(1)(D), (d)(1)(B)(i).

Plaintiffs are advised that the Court will take no action on Plaintiffs' Motion as to any adverse parties who have not yet appeared in this matter until such time as Plaintiffs either (1) certify to the Court that written or oral notice has been provided to those defendants or their attorneys, or (2) comply with the requirements for an ex parte temporary restraining order set forth in Rule 65(b)(1).

IT IS SO ORDERED this 1st day of April, 2020.

_____
CHARLES B. GOODWIN
United States District Judge