IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SOUTH WIND WOMEN'S CENTER, et al., | § § § § § § § § § § § § § § § | |
| Plaintiffs, | | CIV-2020-277-G |
| v. | | |
| J. KEVIN STITT, in his official capacity as Governor of Oklahoma, | | |
| et al., | | |
| Defendants. | | |

## STATE OF LOUISIANA, *ET AL.'S* MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF THE STATE OF OKLAHOMA

Louisiana and other states respectfully submit this motion for leave to file an *amicus* brief in support of the State of Oklahoma in this matter. In support of this Motion, the States rely on the accompanying Memorandum in Support, attached hereto and incorporated by reference. The States respectfully request immediate consideration of the Motion, as a motion for a temporary restraining order is pending. Louisiana accordingly requests this Court enter an Order consistent with the form attached hereto.

Dated: April 2, 2020

Respectfully submitted,

**SPENCER FANE LLP**

/s/ Andrew W. Lester
ANDREW W. LESTER (OBA # 5388)
ANTHONY J. FERATE (OBA # 21171)
9400 North Broadway Extension, Ste. 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
alester@spencerfane.com
ajferate@spencerfane.com

**JEFF LANDRY**
**LOUISIANA ATTORNEY GENERAL**
*ELIZABETH B. MURRILL
  *Solicitor General*
*JOSEPH S. ST. JOHN
  *Deputy Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 456-7544 (cell)
emurrill@ag.louisiana.gov
stjohnj@ag.louisiana.gov
*pro hac vice applications forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2020, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and was transmitted to those individuals receiving Notice of Electronic Filings in this matter.

/s/ Andrew W. Lester