# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SOUTH WIND WOMEN'S CENTER LLC, d/b/a TRUST WOMEN OKLAHOMA CITY, on behalf of itself, its physicians and staff, and its patients, et al., <br><br> Plaintiffs, <br><br> v. <br><br> J. KEVIN STITT in his official capacity as Governor of Oklahoma et al., <br><br> Defendants. | Case No. CIV-20-277-G |

## ORDER

Now before the Court is Amici's Motion (Doc. No. 56) seeking leave to file an amicus brief in support of the State of Oklahoma. For good cause shown, the Motion is GRANTED. Any party who wishes to respond to the amicus brief must do so on or before April 10, 2020.

IT IS SO ORDERED this 3rd day of April, 2020.

CHARLES B. GOODWIN
United States District Judge