# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SOUTH WIND WOMEN'S CENTER LLC, d/b/a TRUST WOMEN OKLAHOMA CITY, on behalf of itself, its physicians and staff, and its patients; LARRY A. BURNS, D.O., on behalf of himself, his staff, and his patients; and COMPREHENSIVE HEALTH OF PLANNED PARENTHOOD GREAT PLAINS, INC., on behalf of itself, its physicians and staff, and its patients, <br><br>                Plaintiffs, <br><br>   v. <br><br> J. KEVIN STITT in his official capacity as Governor of Oklahoma; MICHAEL HUNTER in his official capacity as Attorney General of Oklahoma; DAVID PRATER in his official capacity as District Attorney for Oklahoma County; GREG MASHBURN in his official capacity as District Attorney for Cleveland County; GARY COX in his official capacity as Oklahoma Commissioner of Health[1]; and MARK GOWER in his official capacity as Director of the Oklahoma Department of Emergency Management, <br><br>                Defendants. | No. CIV-20-277-G |

## STIPULATION OF DISMISSAL

---

[1] Since this action was filed, Mr. Cox has been replaced by Interim Commissioner Colonel Lance T Frye. The parties respectfully request that the Clerk of the Court be directed to amend the caption accordingly.

Plaintiffs South Wind Women's Center LLC, d/b/a Trust Women Oklahoma City, Dr. Larry A. Burns, and Comprehensive Health of Planned Parenthood Great Plains Inc.(together, "Plaintiffs"), and Defendants J. Kevin Stitt et al. ("Defendants"), through their respective counsel of record, hereby agree and stipulate as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint is voluntarily dismissed without prejudice.

2. The parties request that Plaintiffs' motion for attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d) be briefed on the following schedule:

   a. Plaintiffs are to file their motion 30 days after the Court dismisses the Complaint.

   b. Defendants are to file any opposition 30 days after the motion is filed.

   c. Plaintiffs are to file any reply 15 days after the opposition is filed.

   d. If any of the foregoing dates falls on a Saturday, Sunday or federal holiday, it should be extended to the next business day,

Dated: October 7, 2020

*/s/ Mithun S. Mansinghani*
Mithun S. Mansinghani
Bryan G. Cleveland
Zachary P. West
Attorney General's Office
313 NE 21st St
Oklahoma City, OK 73105
Tel: (405) 522-4392
mithun.mansinghani@oag.ok.gov
bryan.cleveland@oag.ok.gov
zach.west@oag.ok.gov

*Attorneys for Defendants*

*/s/ Linda C. Goldstein*
Linda C. Goldstein
Kathryn Barrett
Samantha Rosa
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Tel: (212) 698-3817
Fax: (212) 698-0684
linda.goldstein@dechert.com
kathryn.barrett@dechert.com
samantha.rosa@dechert.com

Travis J. Tu
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3723
tjtu@reprorights.org

*Attorneys for Plaintiffs South Wind Women's Center, LLC, d/b/a Trust Women Oklahoma City; and Larry A. Burns, D.O.*

Diana Salgado
PLANNED PARENTHOOD
FEDERATION OF AMERICA
1110 Vermont Ave., NW, Suite 300
Washington, DC 20005
(212) 261-4399
diana.salgado@ppfa.org

*Attorney for Plaintiff Comprehensive Health Care of Planned Parenthood Great Plains, Inc.*

J. Blake Patton
WALDING & PATTON PLLC
518 Colcord Drive, Suite 100
Oklahoma City, OK 73102
(405) 605-4440
bpatton@waldingpatton.com

3

*Attorney for Plaintiffs*

SO ORDERED this ___ day of October, 2020.

_____
    Charles B. Goodwin,
    United States District Court Judge