# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SOUTH WIND WOMEN'S CENTER LLC, d/b/a TRUST WOMEN OKLAHOMA CITY, on behalf of itself, its physicians and staff, and its patients, et al., <br><br> Plaintiffs, <br><br> v. <br><br> J. KEVIN STITT in his official capacity as Governor of Oklahoma et al., <br><br> Defendants. | Case No. CIV-20-277-G |

## JUDGMENT

In accordance with the Court's Order issued this same date, this action is DISMISSED WITHOUT PREJUDICE.

ENTERED this 8th day of October, 2020.

_____
CHARLES B. GOODWIN
United States District Judge